UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KET T. HAWKINS, JR., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KAISER PERMANENTE SACRAMENTO, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-00034-KJM-JDP (PS) <br><br> ORDER GRANTING PLAINTIFFS' MOTION FOR A SECOND EXTENSION OF TIME <br><br> ECF No. 7 |

Plaintiffs have filed a motion for a second extension of time to file an amended complaint. Good cause appearing, it is hereby ORDERED that:

1. Plaintiffs' motion for an extension of time, ECF No. 7, is granted.

2. Plaintiffs are granted thirty days from the date of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   March 20, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1