UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KET T. HAWKINS, Jr., et al., | Case No. 2:22-cv-0034-KJM-JDP (PS) |
| Plaintiffs, | |
| v. | ORDER |
| KAISER PERMANENTE SACRAMENTO, et al., | |
| Defendants. | |

On April 24, 2025, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiffs filed objections on May 9, 2025, and the court has considered them.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The court **adopts** the Findings and Recommendations filed April 24, 2025;
2. The court **dismisses** the second amended complaint's federal claims without leave to amend;

1

3. The court **declines** to exercise supplemental jurisdiction over plaintiffs' state law claims, and dismisses them without prejudice. Plaintiffs may be able to bring the state claims in state court; it is up to plaintiffs to determine whether they are able to do so and otherwise to litigate their case; and

4. The Clerk of Court is directed to close the case.

DATED: June 20, 2025.

SENIOR UNITED STATES DISTRICT JUDGE

2